```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                    2:05-cr-116

Paul Edward Callendar, Jr.

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 18) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count.

Defendant's bond is hereby revoked.

Date: September 16, 2005        <u>    s\James L. Graham    </u>
                                                James L. Graham
                                                United States District Judge